HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ELIGIO NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ELIGIO NUNEZ,<br>　(aka Elisio Munoz),<br><br>　　　　Defendant. | Case No. 2:20-CR-0176 WBS<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:　　January 19, 2021<br>Time:　　9:00 a.m.<br>Judge:　Hon. William B. Shubb |

　　　It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Eligio Nunez, that the status conference scheduled for January 19, 2021, may be continued to March 22, 2021, at 9:00 a.m.

　　　Defense counsel seeks additional time to review discovery (including extensive video) with Mr. Nunez and to obtain records of the prior convictions charged in the indictment. The parties therefore agree that the status conference should be continued to March 22, 2021, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation.  The parties agree

-1-

1  that the interests of justice to be served by a continuance
2  outweigh the best interests of Mr. Nunez and the public in a
3  speedy trial, and ask the Court to order time excluded through
4  March 22, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
5  (b)(iv).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   January 13, 2021               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ELIGIO NUNEZ


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:   January 13, 2021               /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 22, 2021, at 9:00 a.m.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through March 22, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:   January 13, 2021               WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE