HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ELIGIO NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-0176 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ELIGIO NUNEZ,<br>(aka Elisio Munoz), | |
| Defendant. | Date:   March 22, 2021<br>Time:   9:00 a.m.<br>Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Eligio Nunez, that the status conference scheduled for March 22, 2021, may be continued to May 10, 2021, at 9:00 a.m.

Defense counsel seeks additional time to review discovery (including video) with Mr. Nunez, obtain records of the prior convictions charged in the indictment, and review and consider q resolution proposed by the government. The parties therefore agree that the status conference should be continued to May 10, 2021, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time

-1-

for effective preparation.  The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Nunez and the public in a speedy trial, and ask the Court to order time excluded through May 10, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                      Respectfully Submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  March 16, 2021        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for ELIGIO NUNEZ

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

Dated:  March 16, 2021        /s/ T. Zindel for J. Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to May 10, 2021, at 9:00 a.m.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through May 10, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  March 17, 2021

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE