IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIGIO MUNOZ,<br><br>Defendant. | CASE NO. 2:20-CR-00176-WBS<br><br>ORDER FINDING EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT |

**FINDINGS AND ORDER**

1. During a status conference held on July 26, 2021, the Court confirmed trial for August 24, 2021. Docket No. 16. The Court further ordered that proposed jury instructions, voir dire, verdict form, and any exhibit/witness lists be filed no later than August 9, 2021. Docket No. 16. The Court further ordered that any trial briefs be filed no later than August 17, 2021. Docket No. 16.

2. With the agreement of the parties and based upon defense counsel's need to prepare for the upcoming trial date, the Court ordered time excluded from the Speedy Trial Act under Local Code T4 between July 26, 2021, and August 24, 2021. Docket No. 16.

3. In support of the excludable time finding covering July 26, 2021, and August 24, 2021, the Court found the following:

    a) Counsel for the defendant desired additional time to: review discovery in this case, prepare any necessary pre-trial filings, consult with his client, conduct investigation and research related to the charge, and to otherwise prepare for the August 24, 2021 trial date.

    b) Time is properly excluded from the Speedy Trial Act because defense counsel needed additional time that is reasonable in order to effectively prepare for trial, taking into account the exercise of due diligence.

    c) The government did not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2021, to August 24, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 5, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT