TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
ELIGIO NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-0176 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| vs. | ) | **IN-PERSON SENTENCING** |
| | ) | |
| ELISIO MUNOZ | ) | |
| (true name Eligio Nunez), | ) | Judge:   Hon. William B. Shubb |
| | ) | Date:    November 22, 2021 |
| Defendant. | ) | Time:    9:00 a.m. |
| | ) | |

     Plaintiff, United States of America, and defendant, Eligio Nunez (charged at Elisio Munoz), hereby stipulate and request that the hearing on Judgment and Sentencing scheduled for November 22, 2021, should take place in person rather than by video-teleconference.

/////

/////

/////

/////

-1-

The parties join in asking the Court to hold the sentencing hearing in person, in open Court, and agree to follow all protocols the Court has set to reduce or eliminate exposure to Covid-19.  Mr. Nunez is fully vaccinated as is defense counsel; Mr. Nunez also contracted and then recovered from Covid-19 prior to his vaccination.

Respectfully Submitted,

Dated:  November 18, 2021     /s/ Tim Zindel
                              TIMOTHY ZINDEL
                              Attorney for ELIGIO NUNEZ


                              PHILIP A. TALBERT
                              Acting United States Attorney

Dated:  November 18, 2021     /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney

## O R D E R

The request for in-person sentencing is GRANTED. Sentencing is rescheduled for **Tuesday, November 23, 2021 at 10:00 a.m.**, to be held in-person, in Courtroom 5, 14th Floor.

IT IS SO ORDERED.

Dated:  November 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE